# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynch, Gerard E. | U.S. Court of Appeals, Second Circuit | 05/7/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Senior | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor of Law | Columbia University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/7/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 01/01/2020 | Columbia University; teaching income | $90,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/01/2020 | Flushing Hospital |
| 2. 01/01/2020 | Private Practice of Psychotherapy |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | Jan. 15-17, 2020 | Philadelphia, PA | Meeting of bar organization. | Travel, Lodging, Meals |
| 2. | University of West Virginia | March 6-8, 2020 | Morgantown, WV | Moot Court | Travel, Lodging, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/7/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Citibank Accounts | A | Interest | N | T | | | | | |
| 2.   Bank of America Money Market Account | A | Interest | L | T | | | | | |
| 3.   Amex Centurion Bank Money Market Account | A | Interest | L | T | | | | | |
| 4.   Bremer Bank NA Money Market Account | A | Interest | | | Sold | 06/01/20 | N | | |
| 5.   Bank of China Money Market Account | B | Interest | M | T | Buy | 06/01/20 | M | | |
| 6.   Blackrock NY Muni Inc. Tr. | A | Dividend | K | T | | | | | |
| 7.   Gabelli Utility Trust PFD | A | Dividend | J | T | | | | | |
| 8.   Capital One Savings Account | A | Interest | K | T | | | | | |
| 9.   Allianz Gl Con. Fd. | A | Dividend | J | T | | | | | |
| 10.  Voya Global Equity Fund | A | Dividend | J | T | | | | | |
| 11.  PIMCO NY Muni Inc. Fd. | A | Dividend | J | T | | | | | |
| 12.  Blackrock Global Allocation B | A | Dividend | J | T | | | | | |
| 13.  Eaton Vance Enhanced Equity Fd. | A | Dividend | J | T | | | | | |
| 14.  Eaton Vance Tax Managed Global Fund | A | Dividend | J | T | | | | | |
| 15.  Nuveen Municipal Value Fund | A | Dividend | J | T | | | | | |
| 16.  PIMCO Income Strategy Fd. | A | Dividend | J | T | | | | | |
| 17.  Putnam Int'l. Gr. Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lynch, Gerard E.** | 05/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Alpine Total Dynamic Div. Fd. | A | Dividend | J | T | | | | | |
| 19. Invesco Tax Free Int. Shares | A | Dividend | J | T | | | | | |
| 20. Eaton Vance Floating Rate Inc. Tr. | A | Dividend | J | T | | | | | |
| 21. Invesco Rochester Muni Cl A (formerly Rochester Muni Fund) | B | Dividend | K | T | | | | | |
| 22. Rydex Inverse Govt. Long Bond Strategy | A | Dividend | J | T | | | | | |
| 23. Franklin Utilities | A | Dividend | J | T | | | | | |
| 24. SunAmerica Focused Small Cap | A | Dividend | J | T | | | | | |
| 25. TIAA Traditional RA | B | Dividend | O | T | | | | | |
| 26. CREF Stock R3 | A | Dividend | M | T | | | | | |
| 27. Franklin Income Fd. C | A | Dividend | J | T | | | | | |
| 28. Voya Risk Managed Nat. Res. Fd. | A | Dividend | J | T | | | | | |
| 29. Nuveen Global Fd. | A | Dividend | J | T | | | | | |
| 30. NYC Bonds | A | Interest | J | T | | | | | |
| 31. Hartford Cap. Apprec. Fd. | A | Dividend | J | T | | | | | |
| 32. Fidelity Adv. Div. Int'l. | A | Dividend | J | T | | | | | |
| 33. Lord Abbett NY T/F | B | Interest | L | T | | | | | |
| 34. Putnam Amer-govt. Income FD | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia NY Tax Exempt Cl. A | B | Interest | K | T | | | | | |
| 36. Fidelity Adv. Govt. Income FD | A | Interest | J | T | | | | | |
| 37. Lord Abbett Short Duration Income FD | A | Dividend | J | T | | | | | |
| 38. Hartford Inflation Plus FD | A | Dividend | J | T | | | | | |
| 39. Rental Property, Manhattan, New York, NY (2002, $272,500) | D | Rent | N | R | | | | | |
| 40. Franklin NY Tax Free | B | Interest | L | T | | | | | |
| 41. Fidelity Adv. Strategic | A | Dividend | J | T | | | | | |
| 42. Vanguard Consumer Staples | A | Dividend | J | T | | | | | |
| 43. Vanguard Info Tech | A | Dividend | J | T | | | | | |
| 44. Vanguard Emerg. Mkts. | A | Dividend | J | T | | | | | |
| 45. Vanguard High Dvd. Yield | A | Dividend | J | T | | | | | |
| 46. Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 47. Vanguard Total Bond Market ETF | A | Dividend | J | T | | | | | |
| 48. Wisdom Tree Continuous Commodity Index Fund | A | Dividend | | | Sold | 09/21/20 | J | | |
| 49. Nuveen Int-Dur. Mun. Term Fund | A | Dividend | J | T | | | | | |
| 50. Blackrock Mun. Target Term Trust | A | Dividend | J | T | | | | | |
| 51. Western Asset Municipal Income | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard FTSE All World ETF | A | Dividend | J | T | Sold (part) | 10/06/20 | J | A | |
| 53. Vanguard REIT Index ETF | A | Dividend | J | T | | | | | |
| 54. Goldman Sachs Technology Fd. | A | Dividend | J | T | | | | | |
| 55. Nuveen Santa Barbara Div. G. Fund | A | Dividend | J | T | | | | | |
| 56. NY Convention Ctr. Bond | A | Interest | | | Redeemed | 04/16/20 | K | | |
| 57. Metrop. Trans. Auth. Bond | A | Interest | L | T | | | | | |
| 58. Wisdomtree Int'l. ETF | A | Dividend | J | T | | | | | |
| 59. Erie County NY Sewer Dist. | A | Interest | J | T | | | | | |
| 60. Franklin Rising Dir. Fd. | A | Dividend | J | T | | | | | |
| 61. Synovus Bank CD | A | Interest | | | Redeemed | 04/23/20 | M | | |
| 62. Blackrock NY Muni Opportunities Fd. | A | Dividend | L | T | | | | | |
| 63. Bank of the West CD | A | Interest | | | Redeemed | 04/23/20 | L | | |
| 64. Suffolk County Bond | A | Interest | K | T | | | | | |
| 65. Putnam Mortgage Sec. Fd. | B | Dividend | J | T | | | | | |
| 66. Pacific Western Bank CD | A | Interest | | | Buy | 02/03/20 | J | | |
| 67. Pacific Western Bank CD | A | Interest | | | Redeemed | 08/11/20 | J | | |
| 68. JP Morgan Chase CD | A | Interest | | | Redeemed | 06/15/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 70. Goldman Sachs Bank CD | B | Interest | | | Redeemed | 09/03/20 | M | | |
| 71. MetaBank CD | B | Interest | | | Redeemed | 06/11/20 | M | | |
| 72. Goldman Sachs National Muni | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 73. Goldman Sachs National Muni | A | Dividend | | | Sold (part) | 08/04/20 | J | A | |
| 74. JP Morgan Global Bond | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 75. MFS Emerg. Market Debt | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 76. MFS Emerg. Market Debt | A | Dividend | | | Sold (part) | 08/04/20 | J | A | |
| 77. MFS Emerg. Market Debt | A | Dividend | | | Sold (part) | 11/09/20 | J | A | |
| 78. MFS Muni High Income | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 79. Mainstay Epoch Gl. Equity | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 80. Mainstay Epoch Gl. Equity | A | Dividend | | | Sold (part) | 10/06/20 | J | A | |
| 81. Mainstay Epoch Gl. Equity | A | Dividend | | | Sold (part) | 11/09/20 | J | A | |
| 82. Neuberger Berman Equity | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 83. Nuveen High Yield Muni | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 84. Ishares Global Infrastructure | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 85. Ishares Intl. Select | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vaneck Vectors High Yield | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 87. Vanguard High Div. Yield | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 88. Vanguard High Div. Yield | A | Dividend | | | Sold (part) | 10/06/20 | J | A | |
| 89. Principal Spectrum PFD Cap Secs Income | A | Dividend | J | T | Buy | 12/28/20 | J | | |
| 90. Mesa AZ Bond | A | Interest | K | T | Buy | 07/31/20 | K | | |
| 91. Alabama St. Hwy. Bond | A | Interest | J | T | Buy | 08/05/20 | J | | |
| 92. South Bend Ind. Bond | A | Interest | K | T | Buy | 07/31/20 | K | | |
| 93. Tucson AZ Bonds | A | Interest | K | T | Buy | 08/06/20 | K | | |
| 94. Jamesville WI Bond | A | Interest | K | T | Buy | 07/14/20 | K | | |
| 95. Washington State Bond | A | Interest | K | T | Buy | 07/09/20 | K | | |
| 96. NYS Urban Dev. Corp. Bond | A | Interest | K | T | Buy | 07/17/20 | K | | |
| 97. Cook Cty. Ill. H.S. Dist. Bond | A | Interest | J | T | Buy | 07/31/20 | J | | |
| 98. Woodbridge NJ Bond | A | Interest | K | T | Buy | 07/16/20 | K | | |
| 99. Virginia Coll. Bldg. Auth. Bond | A | Interest | K | T | Buy | 07/17/20 | K | | |
| 100. Wyomissing Pa. School Bond | A | Interest | J | T | Buy | 08/07/20 | J | | |
| 101. Dallas Tx. School Bond | A | Interest | K | T | Buy | 08/05/20 | K | | |
| 102. Northside Tx. School Bond | A | Interest | K | T | Buy | 07/09/20 | K | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/7/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Humble Tx. School Bond | A | Interest | J | T | Buy | 07/23/20 | J | | |
| 104. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/7/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerard E. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544